NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**OLE K. NILSSEN,**
*Plaintiff,*

**and**

**GEO FOUNDATION, LTD.,**
*Plaintiff-Appellant,*

v.

**WAL-MART STORES, INC.,**
*Defendant-Appellee,*

**and**

**COSTCO WHOLESALE CORP.,**
*Defendant-Appellee,*

**and**

**MENARD, INC., ACE HARDWARE CORP., TRUSERV CORPORATION, AND HOME DEPOT, INC.,**
*Defendants,*

**and**

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee,*

**and**

**IKEA ILLINOIS, LLC,**
*Defendant-Appellee.*

---

2010-1139

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5363, Judge Robert W. Gettleman.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the motion to withdraw Aesha R. Pallesen as counsel for Lowe's Home Centers, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leland W. Hutchinson, Jr., Esq.
    Anthony James Fitzpatrick, Esq.
    Margaret M. Duncan, Esq.
    Kimball R. Anderson, Esq.
    Gary William Smith, Esq.
    Aesha R. Pallesen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK